```
         UNITED STATES DISTRICT COURT FOR THE
                DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                       Criminal No. 10-cr-171-01-JL

<u>Amber Millette</u>

### <u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 13 ) filed by defendant is granted. Final Pretrial is rescheduled to March 28, 2011 at 10:00 a.m. Trial is continued to the two-week period beginning April 5, 2011, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                             /s/ Joseph N. Laplante
                                             Joseph N. Laplante
                                             U.S. District Judge

Date:  January 18, 2011

cc:

    U.S. Marshal
    U.S. Probation